THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Ronald
 Porterfield, Appellant.
 
 
 

Appeal from Richland County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2008-UP-144
Submitted March 3, 2008  Filed March 6,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ronald Porterfield appeals
 his convictions for assault and battery
 with intent to kill and kidnapping, as well as his sentence of life imprisonment without parole.  Porterfield argues the trial court erred in refusing
 to admit evidence of the victims statement to emergency room personnel.  Porterfield also argues the trial court erred in not allowing him to impeach
 his sisters credibility with evidence of prior instances of domestic violence
 and prior allegations by her against her childrens father regarding kidnapping
 and sexual abuse.  After a thorough
 review of the record, counsels brief, and Porterfields pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Porterfields
 appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.